# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| **SAMUEL ARELLANO** | ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**: Title 50, United States Code, Section 797. **Violation of Defense Property Security Regulation for Firearm Possession.**

That on or about the 17th day of March, 2024, within the Northern District of Alabama, the Defendant, **SAMUEL ARELLANO,** on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did willfully violate a defense property security regulation by unlawfully possessing a firearm without prior authorization, in violation of Title 50, United States Code, Section 797.

**COUNT TWO**: Title 18, United States Code, Section 13, assimilating Section 32-5C-2 of the Code of Alabama. **Prohibited Conditions (Window Tint).**

That on or about the 17th day of March, 2024, within the Northern District of Alabama, the Defendant, **SAMUEL ARELLANO**, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, was stopped for non-compliant window tint of 3% on

the passenger side window, in violation of Section 32-5C-2 of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

PRIM F. ESCALONA
United States Attorney


*/s/ electronic signature*
SEAN HARSHEY
Special Assistant United States Attorney