AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

UNITED STATES OF AMERICA

    v.                                        Case Number 5:24-cr-209-HNJ

SAMUEL ARELLANO
    Defendant.

## JUDGMENT IN A CRIMINAL CASE
**(For Offenses Committed On or After November 1, 1987)**

The defendant, SAMUEL ARELLANO, appeared pro se, having waived counsel.

On motion of the United States, the court has dismissed count(s) 2.

The defendant pleaded guilty to count(s) 1. Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 50 U.S.C. § 797 | Violation of defense property security regulation while upon Redstone Arsenal, Alabama, a United States government reservation | 1 |

As pronounced on July 9, 2024, the defendant is sentenced as provided in page 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $25.00, for count(s) 1, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 24th day of July, 2024.

HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 5 - Fine

Judgment--Page 2 of 2

Defendant: SAMUEL ARELLANO
Case Number: 5:24-cr-209-HNJ

**FINE**

The defendant shall pay a fine of $500.00.

The Court has determined that the defendant does not have the ability to pay interest, and it is accordingly ordered that the interest requirement is waived.

This fine is due and payable within thirty (30) days.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.